**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1636**

———————

KEVIN P. WELDON,

Plaintiff - Appellant,

versus

DONALD L. EVANS, Secretary, Department of
Commerce,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge. (CA-04-11-1)

———————

Submitted: November 30, 2004      Decided: December 21, 2004

———————

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kevin P. Weldon, Appellant Pro Se.  Richard Parker, Dennis Carl
Barghaan, Jr., Assistant United States Attorneys, Alexandria,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin P. Weldon appeals the district court's order granting the Defendant's motion for summary judgment and dismissing his action alleging claims under Title VII of the Civil Rights Act of 1964, as amended, and constitutional claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Weldon v. Evans, No. CA-04-11-1 (E.D. Va. filed March 19, 2004; entered March 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED